IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
NOV - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

STEPHEN AGUIAR,
    Plaintiff,

v.

MY SPACE INC.,
UNKNOWN OFFICIALS OF MY SPACE INC.,
DRUG ENFORCEMENT ADMINISTRATION,
JUSTIN COUTURE, DEA AGENT,
UNKNOWN AGENTS OF DEA,
    Defendants.

Case No. 2:14-cv-5520 SJO(PJW×)

1st Amended
COMPLAINT

JURY TRIAL

## I. Introduction

1. This is a civil action brought by a federal prisoner alleging violations of his rights under the United States Constitution, Electronic Communications Privacy Act (ECPA)/ Stored Communications Act (SCA), and California common law. Specifically, Plaintiff alleges My Space Inc. agreed with DEA to disclose to that agency, Plaintiff's private communications that were less than 180 days old, and that the DEA knowingly retained and used this material against Plaintiff in a manner that caused him monetary damages, and that this conduct violated his rights protected under the Fourth Amendment, the ECPA/SCA, his right not to have his personal information disclosed by My Space Inc., and his contractual rights. Plaintiff seeks to remedy these violations and in vindication of his rights, Plaintiff seeks monetary damages and injunctive and declaratory relief.

## II. Jurisdiction, Venue, and Cause of Action

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331, 42 U.S.C. § 1985, 28 U.S.C. § 1343(a)(3),(4), 18 U.S.C. § 2701 et seq., 28 U.S.C. § 1367(a), and 5 U.S.C. § 702. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

## III. Parties

3. My Space Inc., at all relevant times, was an online social media company that owns and operates a network where members are provided the opportunity to develop personal web profiles to interact and share information with other users. Address: 407 North Maple Drive, Beverly Hills, California, 90210.

4. Unknown Officials of My Space Inc., at all relevant times, were employed by My Space Inc. They were responsible for user account information, processing, and disclosure pursuant to all types of compulsory process. Their names will be provided in an amended complaint once discovered. Address: Same as above.

5. Drug Enforcement Administration, at all relevant times, was a federal agency charged with enforcing drug laws. DEA is sued herein only for injunctive relief and is therefore not protected by sovereign immunity. See 5 U.S.C. § 702. Address: United States Department of Justice, Washington, DC, 20537-0001.

6. Justin Couture, at all relevant times, was employed by the Drug Enforcement Administration as an agent of the Government out of the Burlington, Vermont Regional Office. Address: 60 Main Street, Suite #200, Burlington, Vermont, 05401.

7. <u>Unknown Agents of DEA</u>, at all relevant times, were employed by the United States Drug Enforcement Administration as agents of the Government. Their names will be provided in an amended complaint once discovered. Address: Same as above.

## IV. Statement of Facts

8. In 2008, Plaintiff opened a My Space account. My Space is an online social media network where members develop personal web profiles to interact, communicate, and share photos and other information with other users.

9. In creating his My Space account, Plaintiff entered into a user agreement. One of the provisions of that user agreement is that My Space will protect the privacy of its users' account information.

10. All Plaintiff's My Space account user settings were set to private through July 2009.

11. On or about mid-to-late November 2008, My Space Inc. offered a new photo album feature to its user network allowing users to upload photos into albums and catagorize and create personalized titles for any album created by a user.

12. In or about mid-to-late November 2008 or shortly thereafter, Plaintiff uploaded and electronically stored approximately 100 photos divided and separated into approximately 4-6 albums for which Plaintiff then created specific titles for as part of his personal profile.

13. In or about April 2009 and pursuant to DEA investigation CF-09-0019, agents of the Drug Enforcement Administration were investigating Plaintiff for drug trafficking and discovered that Plaintiff may have had a My Space user account.

14. On April 24, 2009, DEA Drug Task Force Agent Justin Couture served an administrative subpoena on "MY SPACE .COM" at 407 North Maple Hill Drive in Beverly Hills, California, 90210 requesting information about Plaintiff's suspected user account, "Friend ID #228645072" pursuant to the aforementioned investigation. See Exhibit A.

15. Subpoena number CF-09-287858 requested information from My Space Inc. concerning Plaintiff's private user account, specifically:

> [N]ame, postal code, country, email address, date of account creation, IP address at account sign-up, and logs showing IP address and dates stamps for account accesses, photographs, friends, private messages over 180 days old and any other information available. Id.

The date and place for appearance to produce the aforementioned information was May 9, 2009 in Burlington, Vermont respectively. However, in lieu of personal appearance, the subpoena allowed records to be emailed to: Justin.W.Couture@usdoj.gov, or faxed to 802-951-6589. Id.

16. On or about May 9, 2009, My Space officials provided the contents of all Plaintiff's photo albums, friends, and other information extracted from his user account to DEA Agent Justin Couture. My Space Defendants provided this information without having been issued a warrant.

17. The material provided to the Government by My Space Inc. officials included material that was covered by the subpoena. However, My Space officials also voluntarily disclosed material that was beyond the scope of the subpoena. The unlawfully disclosed material included photos and friends less than 180 days old.

18. The Government Defendants knew that the material they received from My Space Inc. was beyond the scope of the subpoena and unauthorized by law, yet they used that material anyway in Plaintiff's investigation and trial.

19. The material provided by My Space Inc. that was beyond the scope of the subpoena contributed to DEA's investigation and ultimately culminated in Plaintiff's 2009 arrest and subsequent conviction.

20. The My Space Defendants voluntary disclosure of communications to DEA Defendants beyond the scope of the subpoena, and the DEA Defendants' knowing and willful retention and use of those communications, constituted an agreement to violate Plaintiff's rights under the Fourth Amendment to the United States Constitution, and the Electronic Communications Privacy Act (ECPA)/Stored Communications Act (SCA).

21. Plaintiff's defense attorney who represented him in his criminal case failed to provide Plaintiff with discovery evidence related to allegations outlined in this complaint until November 2013. It was only after having been able to receive and thoroughly examine this evidence that Plaintiff was able to discover that My Space had voluntarily disclosed the records at issue in this case.

## V. Claims for Relief

A. COUNT ONE: CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS

22. Defendants My Space Inc., My Space officials, and agents of the DEA agreed to conduct unreasonable searches in violation of the Fourth Amendment of the United States Constitution, and the Electronic Communications Privacy Act (ECPA)/Stored Communications Act (SCA), and California common law, and the Defendants took actions in furtherance of that agreement as described in this complaint. Plaintiff has suffered monetary damages, lost wages, and seized property, among other things, as a result of Defendants' actions. My Space Defendants acted at the insistence and request of Government Defendants beyond the scope of the subpoena and each agreed to exceed the scope of the subpoena.

B. COUNT TWO: FOURTH AMENDMENT

23. By exceeding the scope of the subpoena served on My Space Inc. by DEA Agent Justin Couture, Defendants violated Plaintiff's right to privacy and to be free from unreasonable searches under the Fourth Amendment of the United States Constitution. My Space Inc. knew of, acquesced in DEA Agents' conduct, and the latter's actions were in furtherance of that assistance.

C. COUNT THREE: ECPA AND SCA

24. By extracting photos, friends, and other information less than 180 days old from Plaintiff's My Space user account without a warrant constituted an unlawful voluntary disclosure and providing that information to DEA Agents of the Government, Defendants violated the Electronic Communications Privacy Act (ECPA)/Stored Communications Act (SCA).

D. <u>COUNT FOUR: BREACH OF CONTRACT</u>

25. My Space Inc. Defendants violated the privacy and disclosure provisions of its user agreement by providing information to the Government unauthorized by law and said to be protected by the My Space user agreement.

## V. <u>Prayer for Relief</u>

26. Plaintiff respectfully prays this Court:

A. Enter a declaration that named Defendants violated Plaintiff's rights under the United States Constitution, the ECPA/SCA, and that My Space Inc. violated its user agreement.

B. Award Plaintiff nominal, actual, and punative damages against Defendants to make Plaintiff whole and vindicate his rights.

C. Enter an order directing the Drug Enforcement Administration Defendants to destroy any communications it unlawfully received from My Space Defendants.

D. Award reasonable fees and costs.

E. Enter any other award for relief that the Court finds justified.

Signed and dated this **6th** day of **AUGUST**, 2014

Respectfully submitted,

Stephen Aguiar, pro se
#03722-082
FCI Petersburg Medium
P.O. Box 1000
Petersburg, VA  23804

7.

# EXHIBIT A

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: CF-09-0019
Subpoena No. CF-09-287858

TO: MYSPACE.COM
AT: 407 N. MAPLE DRIVE BEVERLY HILLS, CA 90210

PHONE: 8883091311
FAX: 3103563485

### Please EXPEDITE this request.

GREETING: By the service of this subpoena upon you by TFA Justin Couture who is authorized to serve it, you are hereby commanded and required to appear before TFA Justin Couture, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C. Section 801 et seq., please provide the following information. Records concerning the identity of the user with the FriendID 228645072 consisting of name, postal code, country, e-mail address, date of account creation, IP address at account sign-up, and logs showing IP address and date stamps for account accesses, photographs, friends, private messages over 180 days old and any other information available.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to TFA Justin Couture, 802-951-6777 Ext. 210.

Place and time for appearance: At 60 Main St. Suite 200, Burlington, VT 05401 on the 9th day of May, 2009 at 09:00 AM. In lieu of personal appearance, please email records to Justin.W.Couture@usdoj.gov or fax to 802-951-6489.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

**ORIGINAL**

Signature: _____
Russell F. Harrington
Resident Agent in Charge

Issued this 24th day of Apr 2009

FORM DEA-79          8.