FILED
2015 FEB 27 PM 2: 34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephen Handy Aguiar <br><br> PLAINTIFF(S) <br> v. <br> My Space Inc. et al <br><br> DEFENDANT(S) | CASE NUMBER <br> CV14-5520:SJO (PJWx) <br><br> **NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error [X] documents associated with the filing of the new action
[ ] the following scanned document [ ] docket entry  have/has been corrected as indicated below.

Title of scanned document: Complaint

Filed date: November 7, 2014    Document Number(s): 7

[ ] Incorrect case number _____ was assigned to this [ ] action [ ] document

[ ] Case number has been corrected. The correct case number is _____

[ ] Incorrect judge's initials were indicated on this [ ] action [ ] document. The correct judge's initials are: _____

[ ] Incorrect magistrate judge's initials were indicated on this [ ] action [ ] document. The correct magistrate judge's initials are: _____

[ ] Case has been reassigned from [ ] Judge [ ] Magistrate Judge _____ to [ ] Judge [ ] Magistrate Judge _____. The initials of the new judge(s) are: _____

[ ] Case was assigned to [ ] Western [ ] Southern [ ] Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the [ ] Western [ ] Southern [ ] Eastern division. The former case number _____ has been reassigned to new case number _____.

[ ] Case title is corrected from _____ to _____

[ ] Document has been re-numbered as document number _____

[ ] Incorrect [ ] Filed Date [ ] Date of Document [ ] Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

[ ] Document is missing page number(s): _____

[X] To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: CV14-5520 SJO (PJW)

[X] Other: Upon further review, a determination has been made that this case was improperly assigned. Pursuant to General Order 05-07 this complaint should have been referred to a magistrate judge for the issuance of a report and recommendation at the time of filing. Thus, all future filings in this case shall be directed to the attention of Magistrate Judge Patrick J. Walsh.

CLERK, U.S. DISTRICT COURT

Date: February 27, 2015    By: C. Powers
                                Deputy Clerk

G-11 (06/14)    NOTICE OF CLERICAL ERROR