

Stephen Handy Aguiar
Reg. No. 03722-082
LEGAL MAIL - OPEN ONLY IN THE PRESENCE OF INMATE
FCC Petersburg Medium
P.O. Box 1000
Petersburg, VA   23804

---

IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

STEPHEN HANDY AGUIAR,
     Plaintiff,     )
                )
                )
                )    Case No. 2:14-cv-5520-SJO (PJWx)
     v.            )
                )    <u>SECOND AMENDED COMPLAINT</u>
                )
MY SPACE INC.,        )
     Defendant.     )    JURY TRIAL

## I.   Introduction

This is a legal action brought by a federal prisoner against Defendant MySpace Inc. alleging a violation of his rights and the Electronic Communications Privacy Act ("ECPA")/Stored Communications Act ("SCA"), California common law, and breach of contract.

Specifically, Plaintiff alleges MySpace Inc. agreed with the Drug Enforcement Administration ("DEA") to disclose to that agency, Plaintiff's private communications that were in electronic storage for 180 days or less. This conduct violated his rights under the ECPA/SCA, his right to not have his personal information disclosed by MySpace Inc., and his contractual rights. Plaintiff seeks to remedy these violations and in vindication of his rights, Plaintiff seeks monetary damages and declaratory relief.

## II. Jurisdiction, Venue, and Cause of Action

This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 18 U.S.C. § 2701 et seq. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

## III. Parties

MySpace Inc., at all relevant times, was an online social media company that owns and operates a network where members are provided the opportunity to develop personal web profiles to interact and share information with other users. Address: 407 North Maple Hill Drive, Beverly Hills, California, 90210.

## IV. Statement of Facts

1. In 2008, Plaintiff opened a MySpace account. MySpace is an online social media network where members develop personal web profiles to interact, communicate, and share photographs and other information with users.

2. In creating his MySpace account, Plaintiff entered into a user agreement. One of the provisions of that user agreement was that MySpace would protect the privacy of its users' account information.

3. All Plaintiff's account user settings were set to private through June 2009.

4. On or about mid-to-late November 2008, MySpace offered a new photo album feature to its user network allowing users to upload photographs into albums and categorize and create personalized titles for any album created by a user.

5. In or about mid-to-late November 2008, or shortly thereafter, Plaintiff uploaded and electronically stored

approximately 100 photos, which he divided and separated into approximately 4-8 albums for which Plaintiff then created specific and personalized titles for as part of his personal profile.

6. In or about April 2009, and pursuant to DEA investigation CF-09-0019, agents of the Drug Enforcement Administration were investigating Plaintiff for drug trafficking and discovered that Plaintiff may have had a MySpace.com user account.

7. On April 24, 2009, DEA Drug Task Force Agent Justin Couture served an administrative subpoena on "MYSPACE.COM" at: 407 North Maple Hill Drive in Beverly Hills, California, 90210, requesting information about Plaintiff's suspected user account, "Friend ID #228645072," pursuant to the aforementioned criminal investigation. See Ex. A.

8. Subpoena number: CF-09-287858 requested information from MySpace Inc. concerning Plaintiff's private user account, specifically:

> [N]ame, postal code, country, e-mail address, date of account creation, IP address at account sign-up, and logs showing IP address and date stamps for account accesses, photographs, friends, private messages over 180 days old and any other information available.

Id. The date and place for appearance to produce the requested information was May 9, 2009 in Burlington, Vermont respectively. Id. However, in lieu of personal appearance, the subpoena allowed records to be e-mailed to: Justin.W.Couture@usdoj.gov, or faxed to 802-951-6589. Id.

9. On or about May 9, 2009, MySpace officials provided the entire contents of Plaintiff's photo albums and all user friends, among other information in electronic storage, MySpace extracted

from his user account to DEA Agent Justin Couture.

10.   MySpace provided all photographs contained in each of Plaintiff's photo albums and all his user friends to DEA without having been issued a valid search warrant.

11.   The material provided to the government by MySpace included material that was covered by a lawful subpoena.

12.   MySpace officials also voluntarily disclosed material that was beyond the scope of a lawful subpoena. This material included photographs and user friends in electronic storage for one hundred and eighty days or less.

13.   MySpace officials have processed and complied with thousands of administrative subpoenas in the past and is aware that MySpace has the option to contest or challenge the validity of a subpoena issued by a government agent.

14.   MySpace is aware of, and very familiar with, the laws of the Electronic Communications Privacy Act and the Stored Communications Act, specifically the SCA, 18 U.S.C. § 2701 et seq.

15.   In April 2009, MySpace was aware that 18 U.S.C. § 2703(a) provided: "A government entity may require the disclosure by a provider of electronic communication service of the contents of a wire or electronic communication, that is in electronic storage in an electronic communications system for one hundred and eighty days or less, only pursuant to a warrant..."

15.   Plaintiff's defense attorney, who represented him in his criminal case, failed to provide Plaintiff with discovery evidence related to the allegations herein until November 2013. It was only after having been able to receive and thoroughly examine this

4

evidence that Plaintiff was able to discover that MySpace had provided Plaintiff's communications unlawfully to government officials in violation of the Stored Communications Act and Plaintiff's contractual user agreement with MySpace.com.

V.   Claims for Relief

A.   COUNT ONE: ECPA AND SCA

By knowingly and willfully extracting photographs, user friends, and other information in electronic storage for one hundred and eighty days or less from Plaintiff's MySpace.com user account and providing that information to government agents of the Drug Enforcement Administration without a valid search warrant, MySpace Inc. violated the ECPA/SCA.

B.   COUNT TWO: BREACH OF CONTRACT

MySpace Inc. violated the privacy and disclosure provisions of its user agreement by providing information to the government outside the scope of a lawful subpoena, unauthorized by law, and said to be protected by the MySpace.com user agreement.

VI. Prayer for Relief

Plaintiff respectfully prays this Court:

A.   Enter a declaration that Defendant MySpace violated the ECPA/SCA and its user agreement contract.

B    Award Plaintiff actual, statutory, and punitive damages against Defendant MySpace Inc. to make Plaintiff whole and vindicate his rights.

C.   Award reasonable fees and costs.

D.   Enter any other award for relief that the Court finds justified.

5

Respectfully submitted,

Dated: October 16, 2015

Stephen Handy Aguiar
Reg. No. 03722-082
LEGAL MAIL -
OPEN ONLY IN THE PRESENCE OF INMATE
FCC Petersburg Medium
P.O. Box 1000
Petersburg, VA   23804

6

# EXHIBIT A

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: CF-09-0019
Subpoena No. CF-09-287858

TO: MYSPACE.COM
AT: 407 N. MAPLE DRIVE BEVERLY HILLS, CA 90210

PHONE: 8883091311
FAX: 3103563485

### Please EXPEDITE this request.

GREETING: By the service of this subpoena upon you by TFA Justin Couture who is authorized to serve it, you are hereby commanded and required to appear before TFA Justin Couture, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C. Section 801 et seq., please provide the following information. Records concerning the identity of the user with the FriendID 228645072 consisting of name, postal code, country, e-mail address, date of account creation, IP address at account sign-up, and logs showing IP address and date stamps for account accesses, photographs, friends, private messages over 180 days old and any other information available.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to TFA Justin Couture, 802-951-6777 Ext. 210.

Place and time for appearance: At 60 Main St. Suite 200, Burlington, VT 05401 on the 9th day of May, 2009 at 09:00 AM. In lieu of personal appearance, please email records to Justin.W.Couture@usdoj.gov or fax to 802-951-6489.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

## ORIGINAL

Signature: _____

Nessell F. Harrington
Resident Agent in Charge

Issued this 24th day of Apr 2009

7

FORM DEA-79