**RHEINHEIMER + SMIGLIANI, APC**
**1230 Columbia Street, Suite 920**
**San Diego, California 92101**
**(619) 503-1437    Fax: (619) 503-1438**

**Jane A. Rheinheimer, Esq. (SBN 131789)**
**jar@rsdapc.com**

Attorneys for Defendant MYSPACE LLC erroneously sued and served as MY SPACE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| **STEPHEN AGUIAR**,<br><br>Plaintiff,<br><br>v.<br><br>**MY SPACE INC., UNKNOWN OFFICIALS OF MY SPACE, INC., DRUG ENFORCEMENT ADMINISTRATION, JUSTIN COUTURE, DEA AGENT, UNKNOWN AGENTS OF DEA**,<br><br>Defendants. | Case No. 2:14-cv-05520-SJO-PJW<br><br>Presiding: Hon. S. James Otero<br>Magistrate: Hon. Patrick J. Walsh<br><br>**DEFENDANT MYSPACE LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>Trial Date: not set<br><br>Action Filed: 11/07/14 |

Defendant MYSPACE LLC submits this memorandum of opposition to Plaintiff's Motion for Leave to File a Surreply through its undersigned counsel. For the reasons set forth in the moving papers and herein, MYSPACE respectfully requests the Court deny Plaintiff's motion for leave to file a surreply and dismiss Plaintiff AGUIAR's Second Amended Complaint without leave to amend pursuant to Fed.R.Civ.P.12(b)(6).

## I.

## Justification Is Required to File a Surreply

The Federal Rules do not provide for surreplies: they require some justification. "Sur-replies are heavily disfavored by courts," *Lacher v. West,* 147 F.Supp.2d 538, 539 (N.D. Tex. 2001.), and leave to file them should be denied unless the party demonstrates exceptional or extraordinary circumstances warranting the relief sought. *Weems v. Hodnet*, No. 10-CV-142, 2011 WL 2731263 at *1 (W.D. La. July13, 2011).

Plaintiff has not attempted to satisfy his burden that such "exceptional or extraordinary circumstances" are present here. Nor could he. Plaintiff's proposed surreply is simply an attempt to elaborate further on arguments that have already been or could have been addressed earlier.

Plaintiff already fully addressed, in his opposition brief, the claim that his prior criminal defense attorney allegedly failed to send him copies of discovery evidence related to his criminal case. The proposed surreply, wherein Plaintiff seeks to supplement this argument by way of incompetent evidence, adds nothing to the arguments already before this Court. The Court should therefore deny Plaintiff's motion for leave to file a surreply.

## II.

## MYSPACE's Reply Was Limited to Arguments Raised in Plaintiff's Opposition

MYSPACE's reply brief was properly limited to advancing the arguments proffered in support of its original motion to dismiss and to rebutting the arguments presented in Plaintiff AGUIAR's opposition. There was no "new fact" or argument raised in MYSPACE's reply brief that would justify the filing of a surreply.

The Federal Rules of Civil Procedure do not grant Plaintiff the right to file a surreply as a matter of course. *Fredrick v. Mercedes-Benz USA, LLC,* 366

F.Supp.2d 1190, 1197 (N.D. Ga. 2005). Furthermore, the local rules of this Court specifically prohibit the filing of a "response to the reply" absent prior written order of the Court. Civ.L.R.7-10.

## III.

## Conclusion

For the reasons set forth above, Plaintiff's Motion for Leave to File a Surreply should be denied.

Respectfully submitted,

**RHEINHEIMER + SMIGLIANI, APC**

Dated: February 5, 2016

By: */s/ Jane A. Rheinheimer*

JANE A. RHEINHEIMER
Attorneys for Defendant
MYSPACE LLC
Email: jar@rsdapc.com

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, the undersigned, am a resident of the State of California and over the age of 18 years and not a party to the within action; my business address is 1230 Columbia Street, Suite 920, San Diego, CA 92101 Telephone: 619.503.1437; email address is tjh@rsdapc.com.

On February 5, 2016, I caused the document(s) described as:

**DEFENDANT MYSPACE LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

to be served on the parties in Case No. 2:14-cv-05520-SJO-PJW as follows:

Stephen Handy Aguiar Reg. No. 03722-082
LEGAL MAIL - Open only in the presence of inmate
FCC Petersburg Medium
PO Box 1000
Petersburg, VA 23804

The following is a procedure in which service of these document(s) was effected:

(X) U.S. Postal Service: By placing for collection and deposit in the United States Mail a true copy of said document(s) in a sealed envelope, with postage fully prepaid. I placed each such envelope for collection and mailing following ordinary business practices at 1230 Columbia Street, San Diego, CA 92101.

(X) Federal: I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I am familiar with the practice of Rheinheimer + Smigliani, APC for the collection and processing of correspondence for mailing with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: February 5, 2016

*/s/ Tricia J. Hogue*
TRICIA J. HOGUE