UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 14-5520-SJO (PJW) | Date | November 17, 2016 |
|---|---|---|---|

| Title | *Stephen Handy Aguiar v. My Space, Inc., et al.* |
|---|---|

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge | |
|---|---|---|
| Isabel Martinez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**   Defendant's Answer to Second Amended Complaint

On October 24, 2016, an Order Accepting Amended Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge was entered. (Doc. No. 41.) Defendant's motion to dismiss the Second Amended Complaint was denied.

Pursuant to Federal Rules of Civil Procedure 12(a)(4)(A), if a court denies a motion to dismiss, the responsive pleading must be served within 14 days after notice of the court's action. More than 14 days have elapsed since the Court denied Defendant's motion to dismiss. However, Defendant has not filed an Answer to the Second Amended Complaint nor requested an extension of time to do so. No later than November 22, 2016, Defendant's counsel is ordered to file an Answer to the Second Amended Complaint or explain why an Answer has not been filed.

O:\PJW\ECF Ready\MO_ D's Answer to SAC due.wpd

: 00

Initials of Preparer   im