RHEINHEIMER + SMIGLIANI, APC
1230 Columbia Street, Suite 920
San Diego, California 92101
(619) 503-1437   Fax: (619) 503-1438

Jane A. Rheinheimer, Esq. (SBN 131789)
jar@rsdapc.com

Attorneys for Defendant MYSPACE LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| STEPHEN AGUIAR, | Case No. 2:14-cv-05520-SJO-PJW |
| Plaintiff, | Presiding: Hon. S. James Otero<br>Magistrate: Hon. Patrick J. Walsh |
| v. | **EXPLANATION WHY ANSWER HAS NOT BEEN FILED** |
| MY SPACE INC., | |
| Defendant. | Action Filed: 11/07/14 |

In compliance with the Court's order dated November 17, 2016, the following shall serve as an explanation as to why an answer has not been filed to the Second Amended Complaint:

Defendant MYSPACE LLC no longer exists. Attached hereto is the Certificate of Amendment of "MYSPACE LLC", changing its name to "LEGACY VISION LLC", and the Amended Certificate of Registration.

The client has requested that no further work be done by this office.

RHEINHEIMER + SMIGLIANI, APC

Dated: November 21, 2016     By: /s/ Jane A. Rheinheimer
                                  JANE A. RHEINHEIMER
                                  Attorneys for Defendant
                                  MYSPACE LLC
                                  Email: jar@rsdapc.com

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I, the undersigned, am over the age of 18 years and not a party to the within action; my business address is 1230 Columbia Street, Suite 900, San Diego, CA 92101 Telephone: 619.503.1437; email address is tjh@rsdapc.com.

On November 22, 2016, I caused the document(s) described as:

**Explanation Why Answer Has Not Been Filed**

to be served on the parties in Case No. 2:14-cv-05520-SJO-PJW as follows:

> Stephen Handy Aguiar   Reg. No. 03722-082
> LEGAL MAIL - Open only in the presence of inmate
> FCC Petersburg Medium
> PO Box 1000
> Petersburg, VA 23804

The following is a procedure in which service of these document(s) was effected:

(X)  U.S. Postal Service (by placing for collection and deposit in the United States Mail a copy of said document(s) at 1230 Columbia Street, San Diego, CA 92101 in a sealed envelope, with postage fully prepaid.

(X)  Federal: I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

    I am familiar with the practice of Rheinheimer + Smigliani, APC for the collection and processing of correspondence for mailing with the United States Postal Service.

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: November 22, 2016        /s/ *Tricia J. Hogue*
                                          TRICIA J. HOGUE

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "MYSPACE LLC", CHANGING ITS NAME FROM "MYSPACE LLC" TO "LEGACY VISION LLC", FILED IN THIS OFFICE ON THE THIRD DAY OF MARCH, A.D. 2016, AT 7:27 O`CLOCK P.M.



Jeffrey W. Bullock, Secretary of State

4041431 8100
SR# 20161482971

Authentication: 201929122
Date: 03-03-16

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 07:27 PM 03/03/2016
FILED 07:27 PM 03/03/2016
SR 20161482971 - File Number 4041431

**CERTIFICATE OF AMENDMENT
OF
CERTIFICATE OF FORMATION
OF
MYSPACE LLC**

Timothy Vanderhook hereby certifies that:

FIRST: He is an authorized person of Myspace LLC, a Delaware limited liability company (the "Company").

SECOND: The date of filing of the Company's Certificate of Formation with the Secretary of State of Delaware was November 1, 2011.

THIRD: Article First of the Certificate of Formation of the Company is hereby amended to read in its entirety as follows:

"The name of the limited liability company is Legacy Vision LLC."

FOURTH: This action is taken pursuant to Section 18-202 of the Delaware Limited Liability Company Act.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Amendment of Certificate of Formation on the 3rd day of March, 2016.

Name: Timothy Vanderhook
Title: CEO

# State of California
## Secretary of State

## AMENDED CERTIFICATE OF REGISTRATION

I, ALEX PADILLA, Secretary of State of the State of California, hereby certify:

That on the **8TH** day of **MARCH , 2016**, there was filed in this office an Amended Application for Registration, Foreign Limited Liability Company whereby the name, under which the foreign limited liability company was registered and transacting business in California, as **MYSPACE LLC** a limited liability company organized and existing under the laws of **DELAWARE** was changed to **LEGACY VISION LLC**.

This limited liability company complied with the requirements of California law in effect on that date for the purpose of registering to transact intrastate business in the State of California and as of the said date has been and is qualified and authorized to transact intrastate business in the State of California. Subject, however to any licensing requirements otherwise imposed by the laws of this State.

**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this 8TH day of MARCH 2016.



ALEX PADILLA
Secretary of State

NP-25 (REV 01/2015)

AKP

| LLC-6 | Amendment to Registration of a Foreign Limited Liability Company (LLC) |
|---|---|

To change the name of record for your registered foreign LLC, fill out this form, and submit for filing along with:
- A $30 filing fee.
- A certificate by the agency where the LLC was formed, certifying that the name was changed in that state, country or other place, also must be included if that name has changed.
- A separate, non-refundable $15 service fee also must be included, if you **drop off** the completed form.

*Important!* To change the LLC addresses, or to change the name or address of the LLC's agent for service of process, you must file a Statement of Information (Form LLC-12). To get Form LLC-12, go to www.sos.ca.gov/business-programs/business-entities/statements.

**FILED**
Secretary of State
State of California
MAR 08 2016

This Space For Office Use Only

For questions about this form, go to *www.sos.ca.gov/business-programs/business-entities/filing-tips*

① **LLC Name Used in California** (on file with CA Secretary of State)
MYSPACE LLC

② **LLC File No.** (Issued by CA Secretary of State)
201132310067

**New LLC Name to be used for this LLC in California**

③ If changed, list the LLC name now in the state, country or other place of the LLC's formation:
LEGACY VISION LLC
*LLC Name*

④ List an alternate name to be used in California if: (1) the LLC name in Item 3 does not comply with California naming requirements or (2) you only are filing this form to change an existing alternate name. List the alternate name exactly as it is to appear on the records of the California Secretary of State. The alternate name must include: LLC, L.L.C., Limited Liability Company, Limited Liability Co., Ltd. Liability Co. or Ltd. Liability Company; and may not include: bank, trust, trustee, incorporated, inc., corporation, or corp., insurer, or insurance company. (California Corporations Code section 17701.08.) Go to www.sos.ca.gov/business-programs/business-entities/name-availability for general name requirements & restrictions:

*Alternate Name*

**Existing Alternate LLC Name**

⑤ *Check this box if you completed Item 3 above, and if applicable. If you check this box, do not complete Item 4 above.*

☐ This LLC registered in California before January 1, 2014; currently transacts intrastate business in California under the alternate name listed in Item 1 above; and upon this filing, will continue to transact intrastate business in California under the alternate name listed in Item 1 above.

⑥ *Check this box if applicable. If you check this box, do not complete Item 4 above. Note: If this LLC registered in California after December 31, 2013, and the LLC name now used in the state, country or other place of the LLC's formation complies with California Corporations Code section 17701.08, you must check this box to relinquish the alternate name.*

☐ The alternate name under which this LLC currently transacts intrastate business in California will no longer be used. Upon this filing, this LLC will transact intrastate business in California under the LLC name now used in the state, country or other place of the LLC's formation.

**Read and sign below:**

I am authorized to sign this document under the laws of the state, country or other place where this LLC was formed.

▶ *[signature]*
Sign here

Christopher Vanderhook
*Print your name here*

COO
*Your business title*

| Make check/money order payable to: Secretary of State. Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | **By Mail** Secretary of State Business Entities, P.O. Box 944228 Sacramento, CA 94244-2280 | **Drop-Off** Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 17701.08, 17708.05
LLC-6 (REV 12/2014)

2014 California Secretary of State
www.sos.ca.gov/business-programs

# Delaware

## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "MYSPACE LLC", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "LEGACY VISION LLC" ON THE THIRD DAY OF MARCH, A.D. 2016, AT 7:27 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID LIMITED LIABILITY COMPANY IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE NOT HAVING BEEN CANCELLED OR REVOKED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.



Jeffrey W. Bullock, Secretary of State

4041431  8320
SR# 20161545857

Authentication: 201949210
Date: 03-08-16

You may verify this certificate online at corp.delaware.gov/authver.shtml

2011 323 0067

I hereby certify that the foregoing transcript of _____2_____ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

Date: MAR 0 9 2016

ALEX PADILLA, Secretary of State

160315000

CSC 45
Drawdown

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231
www.dos.ny.gov

# CERTIFICATE OF AMENDMENT
# OF

MYSPACE LLC

*(Insert Name of Foreign Limited Liability Company)*

Under Section 804 of the Limited Liability Company Law

FIRST: The name of the limited liability company as it appears on the index of names in the Department of State is:

MYSPACE LLC

If applicable, the fictitious name the foreign limited liability company has agreed to use in this state is:

SECOND: The jurisdiction of organization of the limited liability company is:

Delaware

THIRD: The date on which its application for authority to do business in this state was filed with the Department of State is:

November 7, 2011

FOURTH: The application for authority is amended as follows (if the true name of the foreign limited liability company is to be changed, set forth a statement that the change of name has been effected under the laws of the jurisdiction of its formation and the date the change was so effected):

(A) Paragraph First of the Application for Authority is amended to read as follows:
FIRST:
The name of the limited liability company is Legacy Vision LLC.

The name change was effected in the home state on March 3, 2016

(B) Paragraph _____ of the Application for Authority is amended to read as follows:

X _____(Signature)_____  Capacity of signer *(Check appropriate box):*

Christopher Vanderhook
*(Type or print name)*

☐ Member
☐ Manager
☒ Authorized Person

DOS-1360-f-l (Rev. 06/12)
NY074 - 06/14/2012 Wolters Kluwer Online

Page 1 of 2

160315000401

401

**CSC 45**
**Drawdown**

## CERTIFICATE OF AMENDMENT
## OF

MYSPACE LLC

*(Insert Name of Foreign Limited Liability Company)*

Under Section 804 of the Limited Liability Company Law

Filed by: STERLING LEGAL SOLUTIONS, INC.
*(Name)* 26895 ALISO CREEK ROAD
SUITE B-129
*(Mailing address)*

ALISO VIEJO CA 92656
*(City, State and ZIP code)*

Cust Rep # 046495 KXK (55)

NOTE: This form was prepared by the New York State Department of State for filing a certificate of amendment for a foreign limited liability company. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal supply stores. The Department of State recommends that legal documents be prepared under the guidance of an attorney. The certificate must be submitted with a $60 filing fee made payable to the Department of State.

*(For office use only)*

FILED

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED MAR 15 2016
TAX $
BY:

RECEIVED

DOS-1360-f-l (Rev. 06/12)
NY074 - 06/14/2012 Wolters Kluwer Online

441

Page 2 of 2

# *STATE OF NEW YORK*

## *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on March 16, 2016.

*Anthony Giardina*

Anthony Giardina
Executive Deputy Secretary of State

Rev. 06/13

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001
                              FILING RECEIPT
================================================================================
ENTITY NAME: LEGACY VISION LLC

DOCUMENT TYPE: AMENDMENT (FOR LLC)                          COUNTY: NEWY
               NAME

================================================================================
FILED:03/15/2016  DURATION:*********   CASH#:160315000441  FILM #:160315000401


    FILER:
    ------
    STERLING LEGAL SOLUTIONS INC
    26895 ALISO CREEK ROAD SUITE B-129

    ALISO VIEJO, CA 92656

    ADDRESS FOR PROCESS:
    --------------------




    REGISTERED AGENT:
    -----------------
```



```
================================================================================
SERVICE COMPANY: CORPORATION SERVICE COMPANY - 45       SERVICE CODE: 45


FEES        95.00                                    PAYMENTS        95.00
          --------                                                 --------
FILING      60.00                                    CASH            0.00
TAX          0.00                                    CHECK           0.00
CERT         0.00                                    CHARGE          0.00
COPIES      10.00                                    DRAWDOWN       95.00
HANDLING    25.00                                    OPAL            0.00
                                                     REFUND          0.00
================================================================================
046495KXK                                            DOS-1025 (04/2007)
```