IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION



| | |
|---|---|
| STEPHEN HANDY AGUIAR, | |
| Plaintiff, | Case No. 2:14-cv-05520-SJO-PJW |
| v. | MOTION FOR JOINDER OR SUBSTITUTION OF PARTIES |
| MY SPACE INC., et al., | |
| Defendants. | |

Stephen Handy Aguiar, proceeding <u>pro se</u>, respectfully moves this Court, under Fed. R. Civ. P. 17 and Fed. R. Civ. P. 25 to join or, in the alternative, substitute Legacy Vision, LLC with or in place of MySpace, LLC. In support thereof, Plaintiff states:

The instant litigation began in July 2014. ECF 1. In March 2016, MySpace, LLC changed its name from "MySpace, LLC" to "Legacy Vision, LLC." Defendant MySpace did not notify the Court nor Plaintiff.

In response to this Court's November 18, 2016 Order, on November 22, 2016, Defendant's counsel of record notified the Court and Plaintiff that MySpace, LLC has been disolved and that Defendant has relieved counsel of its duties in this case. Defendant's counsel further notified the Court that MySpace, LLC has been disolved and that the name was changed to Legacy Vision, LLC. Since MySpace, LLC has changed its name to Legacy Vision, LLC Plaintiff therefore moves the Court to join or substitute Legacy Vision as a Defendant.

                                        Respectfully submitted,

Dated: December 1, 2016                 _____
                                        Stephen Handy Aguiar
                                        Reg. No. 03722-082
                                        FCC Petersburg Medium
                                        P.O. Box 1000
                                        Petersburg, VA   23804

## CERTIFICATE OF SERVICE

I, Stephen Handy Aguiar, do hereby certify that I caused a copy of the foregoing to be served on the Defendant's counsel of record via First Class U.S. Mail with postage fully prepaid and mailing the foregoing to:

Jane A. Rheinheimer
Attorney at Law
1230 Columbia Street, Suite 920
San Diego, CA  92101

Dated: December 1, 2016

Stephen Handy Aguiar
Reg. No. 03722-082
FCC Petersburg Medium
P.O. Box 1000
Petersburg, VA  23804