IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION



STEPHEN HANDY AGUIAR,

    Plaintiff,

v.

MY SPACE INC., et al.,

    Defendants.

Case No. 2:14-cv-05520-SJO-PJW

DECLARATION AND AFFIDAVIT FOR ENTRY OF DEFAULT

Stephen Aguiar hereby declares:

I am the Plaintiff in this case.

The Court's files and records in this case show that, on October 28, 2015, the Defendants were served the Second Amended Complaint by the U.S. Marshal with summons and a copy of Plaintiff's Second Amended Complaint.

Following an unsuccessful Motion to Dismiss Plaintiff's claims, on October 24, 2016, an Order Accepting Amended Report and Adopting Findings, Conclusions, and Recommendations of the U.S. Magistrate Judge was entered, see ECF 41, and the claims in the Second Amended Complaint were therefore ordered to proceed.

Pursuant to Fed. R. Civ. P. 12(a)(4)(A), if a court denies a motion to dismiss, the responsive pleading must be served within 14 days after notice of the court's action. More than 14 days have elapsed since the Court denied Defendant's motion to dismiss and Defendants have not filed an answer to Plaintiff's Second Amended Complaint, nor requested an extension to do so. In point

of fact, according to Defendant's November 21, 2016 explanation, it has requested that no further work be done by counsel in this case.

Accordingly, Defendant's have intentionally failed to answer or otherwise defend as to Plaintiff's alleged claims in the Second Amended Complaint or serve a copy of any anwer or any defense which it might have had upon this affiant/Plaintiff. Thus, Plaintiff seeks an entry of default be entered by the clerk of the court.

The Defendants are not in the military service and are not infants or incompetents.

I, Stephen Aguiar, do hereby swear, declare, and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this <u>30th</u> day of November, 2016

Stephen Handy Aguiar
Reg. No. 03722-082
FCC Petersburg Medium
P.O. Box 1000
Petersburg, VA 23804

## CERTIFICATE OF SERVICE

I, Stephen Aguiar, do hereby certify that I served a copy of the foregoing to Defendant's counsel of record via U.S. First Class Mail with postage fully prepaid to:

Jane A. Rheinheimer
Attorney at Law
1230 Columbia Street, Suite 920
San Diego, CA 92101

Stephen Handy Aguiar
Reg. No. 03722-082
FCC Petersburg Medium
P.O. Box 1000
Petersburg, VA 23804




⇔03722-082⇔
U S Courthouse
Att: Court Clerk, Rm G-19
312 N Spring ST
Case 2:14-Cv-5520-Sjo/Pjw
LOS Angeles, CA 90012
United States

