UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-5520-SJO (PJW) | Date | December 22, 2016 |
|---|---|---|---|
| Title | *Stephen Handy Aguiar v. My Space, Inc., et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge | |
|---|---|---|
| Isabel Martinez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Stephen Handy Aguiar | Jane A. Rheinheimer |

**Proceedings:**   Order Denying Request to Withdraw as Counsel for Defendant Myspace LLC (Doc. No. 45) and Granting Plaintiff's Motion for Joinder or Substitution of Parties (Doc. No. 46).

   Before the Court is Defendant Myspace counsel's request to withdraw as Counsel for Defendant Myspace LLC (Doc. No. 45) and Plaintiff's motion for joinder or substitution of parties, seeking to amend the Second Amended Complaint to name Legacy Vision LLC as a Defendant. (Doc. No. 46.)

   After hearing argument, the Court grants Plaintiff's motion to add Legacy Vision LLC as a Defendant pursuant to Federal Rule of Civil Procedure 25(c). The Court denies counsel's request to withdraw, without prejudice, until new counsel has been identified and appeared in the case. The Court will issue a separate order granting Plaintiff's request for entry of default against Myspace LLC and Legacy Vision LLC.

cc:

Stephen Handy Aguiar
Reg. No. 03722-082
FCC Petersburg Medium
P.O.Box 1000
Petersburg, VA 23804

Rheinheimer +Smigliani, APC
1230 Columbia Street, Suite 920
San Diego, California 92101

O:\PJW\ECF Ready\MO_ 12-22 hearing 2.wpd

_____ : 00

Initials of Preparer   im