STEPHEN HANDY AGUIAR
Reg. No. 03722-082
LEGAL MAIL - OPEN ONLY IN PRESENCE OF INMATE
FCC Petersburg Medium
P.O. Box 1000
Petersburg, VA 23804

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| STEPHEN HANDY AGUIAR,<br>Plaintiff,<br><br>v.<br><br>MY SPACE INC., a.k.a.,<br>LEGACY VISION, LLC, et al.,<br><br>Defendants. | ) | Case No. 2:14-cv-05520-SJO (PJW)<br><br>MOTION FOR HEARING TO PROVE DAMAGES |

Plaintiff, Stephen Handy Aguiar, proceeding pro se, respectfully moves the Court to set a date to hear argument and evidence regarding the amount of damages Plaintiff is entitled to. In addition, the Court is requested to permit further investigation of the subject matter relating to argument and evidence regarding the Defendants' assets and their whereabouts. Pursuant to Fed. R. Civ. P. 55(b)(2), "[t]he court [should] conduct hearings or make referrals-preserving any federal statutory right...when, to enter or effectuate judgment, it needs to: (A) conduct an accounting; (B) determine the amount of damages; (C) establish the truth of any allegation by evidence; or (D) investigate any other matter." Id.

Accordingly, Plaintiff asks that the Court set this matter down for a hearing as it sees fit.

Respectfully submitted,

Dated: January 12, 2017

Stephen Handy Aguiar
Reg. No. 03722-082
FCC Petersburg Medium
P.O. Box 1000
Petersburg, VA 23804

## CERTIFICATE OF SERVICE

I, Stephen Handy Aguiar, do hereby certify that I caused a copy of the foregoing to be served on counsel for Defendants by mailing a copy of the Motion for Hearing to Prove Damages via First Class U.S. Mail with postage fully prepaid to:

Jane A. Rheinheimer
Attorney at Law
1230 Columbia Street, Suite 920
San Diego, CA 92101

Dated: January 12, 2017

Stephen Handy Aguiar
Reg. No. 03722-082
FCC Petersburg Medium
P.O. Box 1000
Petersburg, VA 23804