```
RHEINHEIMER + SMIGLIANI, APC
1230 Columbia Street, Suite 900
San Diego, California 92101
(619) 503-1437   Fax:  (619) 503-1438

Jane A. Rheinheimer, Esq. (SBN 131789)
jar@rsdapc.com
```

Attorneys for Defendant MYSPACE LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| **STEPHEN AGUIAR**, <br><br> Plaintiff, <br><br> vs. <br><br> **MY SPACE INC.**, <br><br> Defendant. | Case No. 2:14-cv-05520-SJO-PJW <br><br> Presiding: Hon. S. James Otero <br> Magistrate: Hon. Patrick J. Walsh <br><br> **NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF AND DECLARATION OF JANE A. RHEINHEIMER** <br><br> DATE:   March 6, 2017 <br> TIME:   1:30 p.m. <br> CTRM:   790 |

PLEASE TAKE NOTICE that on **March 6, 2017**, at **1:30 p.m.**, or as soon thereafter as the matter may be heard in Courtroom 790 by the Honorable Patrick J. Walsh, the law offices of Rheinheimer + Smigliani, APC, counsel of record for Defendant MYSPACE LLC will and hereby do move this Court for an order permitting Rheinheimer + Smigliani, APC to withdraw from representation of Defendant in the above-captioned action.

NOTICE IS FURTHER GIVEN that the Motion will be based on this Notice, the accompanying Memorandum of Points and Authorities and the

1. Declaration of Jane A. Rheinheimer filed concurrently herewith.
2.     NOTICE IS FURTHER GIVEN that Rheinheimer + Smigliani, APC has complied with the requirements of Local Rule 83 -2.3.2 as delineated in the accompanying Declaration of Jane A. Rheinheimer.

**RHEINHEIMER + SMIGLIANI, APC**

DATED: February 6, 2017        By: /s/ Jane A. Rheinheimer
    JANE A. RHEINHEIMER
    Attorney for Defendant
    MYSPACE LLC
    Email: jar@rsdapc.com

**MEMORANDUM OF POINTS AND AUTHORITIES**

**1. The Court Is Requested To Grant Leave To Rheinheimer + Smigliani, APC, To Withdraw As Counsel For Defendant Because Defendant Has Stopped Communicating With Its Counsel, Making It Impossible For Rheinheimer + Smigliani, APC To Fulfill Its Ethical Obligations**

The Court is requested to grant leave to Rheinheimer + Smigliani, APC (R+S) to withdraw as counsel of record for Defendant MYSPACE LLC in the above-captioned action. This renewed request is timely. It is made because Defendant has stopped communicating with its counsel, making it impossible for R+S to fulfill its ethical and professional obligations to Defendant and to this Court.

The decision of whether to allow an attorney to seek to withdraw, pursuant to California Code of Civil Procedure Section 294(2) is within the sound discretion of the Court and will depend on resulting prejudice to the client and the level of delay in any proceeding caused by such withdrawal. *Mandel v. Superior Court* (1977), 67 Cal.App.3d 1, 4 136 Cal.Rptr. 3554. "Even with the client's consent, an attorney may not withdraw as counsel except with leave of court." *See* W. SCHWARZER, CAL. PRAC. GUIDE: CIV. PRO. BEFORE TRIAL, § 12:190, p. 12-65 (The Rutter Group 2004) (*citing* Local Rule 83-2.9.2.1 of the Central District). The request for withdrawal will be granted if the motion is timely made, before the case was set for trial, and there is no showing that the withdrawal prejudices the parties to the action. (*People v. Prince* (1977) 268 Cal.App.2d 398, 406; *see also Ramirez v. Sturdevant* (1994) 21 Cal.App.4th 904 (attorney is not limited to withdrawing from case for cause when withdrawal can be accomplished without undue prejudice to interest of client.))

**A. Notice Of This Motion Has Been Provided To Defendant and Plaintiff's New Counsel**

"An attorney's motion to withdraw must be made upon written notice

to the client and to all other parties." *Id.* at § 12:198, p. 12-65 (*citing* Local Rule 83-2.9.2.1 of the Central District; see Local Rule 83.3(g).)

Defendant has ceased all communication with Rheinheimer + Smigliani, APC. Defendant has been notified numerous times of the various rulings of this Court, together with all pleadings. Defendant has been notified that a default judgment has been taken in this matter and has been sent a copy of all of the Court's minute orders in that regard. Defendant has been notified that Plaintiff has retained counsel. (*See* ¶ 7 of the Declaration of Jane A. Rheinheimer in support of this motion.)

Prior to filing this motion, R+S sent correspondence to Defendant in compliance with Local Rule 83.3 - 2.3.2 of the Central District.

**B.  This Request To Withdraw Will Not Adversely Affect Plaintiff And Will Not Delay The Action.**

This request to withdraw as counsel will not adversely affect Plaintiff. Defendant has ceased all communication with its counsel, it is therefore impossible for counsel to proceed or to continue to represent Defendant.

**C.  Withdrawal Is Permissible Under California Rule of Professional Conduct 3-700(C)(1)(d)**

Under California Rule of Professional Conduct 3-700(C)(1)(d), an attorney may permissively withdraw from representation of a client when the client's conduct makes it unreasonably difficult for an attorney to carry out his employment. (*See Pearlmutter v. Alexander*, (1979) 97 Cal.App.3d Supp. 16, 20 ("Rules of Professional Conduct. . . authorize a withdrawal where the client's conduct renders it unreasonably difficult for the attorney to carry out his employment effectively.").) In this case, Defendant ceased communication with its counsel months ago. It is impossible for counsel to continue to represent MySpace, LLC.

///

## II. CONCLUSION

Based upon the foregoing, R+S respectfully requests that the Court allow it to withdraw as counsel of record for Defendant.

**RHEINHEIMER + SMIGLIANI, APC**

DATED: February 6, 2017

By: /s/ Jane A. Rheinheimer
JANE A. RHEINHEIMER
Attorney for Defendant
MYSPACE LLC
Email: jar@rsdapc.com

## DECLARATION OF JANE A. RHEINHEIMER

I, JANE A. RHEINHEIMER, declare as follows:

1. I am an attorney at law in good standing licensed to practice before all the Courts of this State and admitted to practice in the United States District Court for the Central Division of California. If called upon to testify as to the matters stated herein, I could and would do so competently.

2. My firm was engaged in November of 2015 by a company called Viant, Inc., with whom we had no previous relationship, to defend MySpace, LLC in this litigation. Services were performed according to a written attorney-client hourly fee agreement.

3. My firm, Rheinheimer + Smigliani, APC, seeks to withdraw as counsel for Defendant due to the fact that all communication from my client has stopped. As such, I am no longer able to fulfill my professional obligations to Defendant or to this Court. I was advised by the previous corporate counsel for Viant, Inc. on September 16, 2016, that our services would no longer be required in connection with this matter. Additional written communications from my office on September 16, December 20, December 21, December 22, December 27, and December 29, 2016 and January 10, January 31, February 1, and February 3, 2017 have gone unanswered. I have sent corporate counsel copies of all pleadings, motions, and minute orders of this Court. All of these communications were sent via electronic mail, none of which have been returned. If requested, I will appear in camera before this Court and outside the presence of Plaintiff's counsel, to provide additional information to the Court with respect to the request being made in this motion.

4. Communications between Viant, Inc. and my firm have deteriorated to the point that I am no longer able to fulfill my ethical and professional responsibilities to Defendant and to this Court. Defendant has

stopped communicating with me or responding to my communications in any way.

5. I advised Defendant that I was moving to withdraw from the case. A copy of this motion has been sent to the last email address I have for Viant, Inc.'s corporate counsel. I spoke with Plaintiff's new counsel, Caleb Mason, on the telephone twice on February 3, 2017, and advised him that I would be renewing my request to be removed from this case. I have complied with the provisions of the Central Division's Local Rule 83 - 2.3.2.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                           */s/*    *Jane A. Rheinheimer*
                                           JANE A. RHEINHEIMER, Declarant

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, the undersigned, am over the age of 18 years and not a party to the within action; my business address is 1230 Columbia Street, Suite 900, San Diego, CA 92101 Telephone: 619.503.1437; email address is tjh@rsdapc.com.

On February 6, 2017, I caused the document(s) described as:

**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF AND DECLARATION OF JANE A. RHEINHEIMER**

to be served on the parties in Case No. 2:14-cv-05520-SJO-PJW as follows:

*On all parties identified for Notice of Electronic Filing generated by the Court's CM-ECF system under the above-referenced case caption.*

The following is a procedure in which service of this document was effected:

(X)   ELECTRONIC FILING AND SERVICE - I caused a true copy of the above-referenced document to be filed with the United States District Court, Southern District of California through its CM/ECF filing system, pursuant to the Court's Local Rules, to the parties and/or counsel for the parties identified on the Court's service list.

Plaintiff          Stephen Handy Aguiar   Reg. No. 03722-082
                   LEGAL MAIL - Open only in the presence of inmate
                   FCC Petersburg Medium
                   PO Box 1000
                   Petersburg, VA 23804

Counsel           Caleb E. Mason
for Plaintiff     Laura Gladwin Payne
                  BROWN WHILE OSBORNE
                  333 S. Hope Street 40th Floor
                  Los Angeles, CA 90071
                  cmason@brownwhitelaw.com
                  lpayne@brownwhitelaw.com

The following is a procedure in which service of these document(s) was effected on Defendant MYSPACE LLC:

(X)   U.S. POSTAL SERVICE (by placing for collection and deposit in the United States Mail a copy of said document(s) at 1230 Columbia Street, San Diego, CA 92101 in a sealed envelope, via Certified Mail, with postage fully prepaid to Defendant MYSPACE LLC, c/o Viant, Inc.

| | |
|---|---|
| 1 | (X)    Federal: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. |

I am familiar with the practice of Rheinheimer + Smigliani, APC for the collection and processing of correspondence for mailing with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: February 6, 2017            /s/  *Tricia J. Hogue*
                                                TRICIA J. HOGUE