BROWN WHITE & OSBORN LLP
CALEB E. MASON (Bar No. 246653)
cmason@brownwhitelaw.com
LAURA GLADWIN PAYNE (Bar No. 281078)
lpayne@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213.613.0500
Facsimile: 213.613.0550

Attorneys for Plaintiff
STEPHEN HANDY AGUIAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN HANDY AGUIAR, | Case No.: 2:14-CV-05520-SJO (PJWx) |
|---|---|
| Plaintiffs, | Judge: Hon. S. James Otero |
| v. | Hon. Patrick J. Walsh |
| MYSPACE INC., aka LEGACY VISION, LLC, | **DECLARATION OF LAURA GLADWIN PAYNE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| Defendants. | Action Filed: July 16, 2014 |

DECLARATION OF LAURA GLADWIN PAYNE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

# DECLARATION OF LAURA GLADWIN PAYNE

I, LAURA GLADWIN PAYNE, declare as follows:

1. I am an Associate at the law firm of Brown White & Osborn LLP, attorneys of record herein for Plaintiff Stephen Aguiar in the above-captioned action ("Action"). I have been duly admitted to practice law in the State of California. If called as a witness in this Action, I am competent to testify of my own personal knowledge, to the best of my recollection, as to the matters set forth in this Declaration.

2. On December 22, 2016, the Court issued a minute order granting Plaintiff's motion to add Legacy Vision LLC as a defendant. Doc. 50. The Court's order also stated that it would issue a separate order granting Plaintiff's request for default against MySpace LLC and Legacy Vision LLC.

3. On December 28, 2016, the Court issued a Default by Clerk against Defendant MySpace Inc. aka Legacy Vision LLC. Doc. 51.

4. The default was entered as to Plaintiff's Second Amended Complaint.

5. The defaulting party, MySpace LLC aka Legacy Vision LLC, is neither an infant or an incompetent person.

6. The Servicemembers Civil Relief Act, 50 U.S.C. App. § 521, does not apply to the defaulting party, MySpace LLC aka Legacy Vision LLC.

7. Notice of Plaintiff's Motion for Default Judgment was served on MySpace LLC aka Legacy Vision LLC on January 5, 2017, via U.S. Mail and on January 6, 2017, via electronic service.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration is executed on February 10, 2017 at Los Angeles, California.

*/s/ Laura Gladwin Payne*
LAURA GLADWIN PAYNE

4836-9779-0018, v. 1