BROWN WHITE & OSBORN LLP
CALEB E. MASON (Bar No. 246653)
cmason@brownwhitelaw.com
LAURA GLADWIN PAYNE (Bar No. 281078)
lpayne@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213.613.0500
Facsimile: 213.613.0550

Attorneys for Plaintiff
STEPHEN HANDY AGUIAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HANDY AGUIAR,<br><br>Plaintiffs,<br><br>v.<br><br>MYSPACE INC., aka LEGACY VISION, LLC,<br><br>Defendants. | Case No.: 2:14-CV-05520-SJO (PJWx)<br><br>Judge:   Hon. S. James Otero<br>             Hon. Patrick J. Walsh<br><br>**PLAINTIFF STEPHEN H. AGUIAR'S REQUEST TO CORRECT CLERICAL ERROR IN DEFAULT BY CLERK**<br><br>Action filed: July 16, 2014<br><br>Hearing date: None set |

1  Plaintiff Stephen H. Aguiar ("Plaintiff") respectfully requests that the Clerk
2  modify the Default by Clerk entered on December 28, 2016, to correct the name of the
3  Defendant listed.  Doc. 51.  Plaintiff originally named "MySpace, Inc." as a Defendant
4  in his Second Amended Complaint.  Doc. 22.  On November 24, 2015, Counsel
5  appeared for Defendant "MySpace, Inc." and stated that the entity had been
6  erroneously named, and its correct name is "MySpace, LLC."  Doc. 27, at 1:5
7  ("Attorneys for Defendant MYSPACE LLC erroneously Sued and served as
8  MYSPACE INC.").  Counsel represented that the true name of the legal entity is
9  MySpace LLC.  *Id.*  Defendant litigated thereafter under the name "MySpace LLC,"
10 *see, e.g.*, Doc. 37.  In the Court's Minute Order of December 22, 2016, the Court
11 ordered that default be entered against "MySpace LLC and Legacy Vision LLC."
12 Doc. 50 ("The Court will issue a separate order granting Plaintiff's request for entry of
13 default against Myspace LLC and Legacy Vision LLC."). The Default entered by the
14 Clerk, however, erroneously named "MySpace Inc. aka Legacy Vision LLC."  Doc.
15 51.

16  Federal Rule of Civil Procedure 54 provides that the Court has the power to
17 revise any order or decision at any time before the entry of a final judgment.  Fed. R.
18 Civ. P. 54(b).  Plaintiff therefore requests that the Clerk issue a revised Default by
19 Clerk naming the correct parties, MySpace, LLC and Legacy Vision, LLC.

21 DATED:  February 10, 2017        Respectfully submitted,
22                                  BROWN WHITE & OSBORN LLP
23
24                                  By:
25                                      /s/ *Caleb E. Mason*
26                                       CALEB E. MASON
                                        LAURA GLADWIN PAYNE
27                                      Attorneys for Plaintiff
                                        Stephen Handy Aguiar
28 4826-3580-4738, v. 1

1
PLAINTIFF STEPHEN H. AGUIAR'S REQUEST TO CORRECT CLERICAL ERROR IN DEFAULT BY CLERK