1  BROWN WHITE & OSBORN LLP
   CALEB E. MASON (Bar No. 246653)
2  cmason@brownwhitelaw.com
   LAURA GLADWIN PAYNE (Bar No. 281078)
3  lpayne@brownwhitelaw.com
   333 South Hope Street, 40th Floor
4  Los Angeles, California 90071-1406
   Telephone: 213.613.0500
5  Facsimile:  213.613.0550

6
   Attorneys for Plaintiff
7  STEPHEN HANDY AGUIAR

8

9                UNITED STATES DISTRICT COURT

10               CENTRAL  DISTRICT OF CALIFORNIA

11

12 STEPHEN HANDY AGUIAR,              Case No.: 2:14-CV-05520-SJO (PJWx)

13          Plaintiffs,                Judge:  Hon. S. James Otero
                                               Hon. Patrick J. Walsh
14 v.
                                      **NOTICE OF LODGING OF
15 MYSPACE INC., aka LEGACY VISION,   [PROPOSED] DEFAULT
   LLC,                               JUDGMENT**
16
            Defendants.
17
                                      Action Filed: July 16, 2014
18

1 **PLEASE TAKE NOTICE THAT** Plaintiff Stephen Handy Aguiar
2 ("Plaintiff") hereby lodges his [Proposed] Default Judgment on Plaintiff's Motion for
3 Default Judgment Against Defendant MySpace, LLC. Doc. 53.

5 DATED: February 10, 2017    Respectfully submitted,
6     BROWN WHITE & OSBORN LLP

8 By     /s/ *Caleb E. Mason*
9     CALEB E. MASON
    LAURA GLADWIN PAYNE
    Attorneys for Plaintiff
    STEPHEN HANDY AGUILAR

4817-1181-5490, v. 1