**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

| | |
|---|---|
| **CASE NO.:** <u>CV 14-05520 SJO (PJWx)</u> | **DATE:** <u>February 28, 2017</u> |
| **TITLE:** <u>Stephen Handy Aguiar v. My Space Inc., aka Legacy Vision LLC</u> | |

========================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                              Not Present
Courtroom Clerk                           Court Reporter

**COUNSEL PRESENT FOR PLAINTIFFS:**        **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                    Not Present

========================================================================

**PROCEEDINGS (in chambers): ORDER DENYING PROPOSED INTERVENOR MYSPACE LLC'S *EX PARTE APPLICATION*; SETTING BRIEFING SCHEDULE FOR MOTION TO INTERVENE** [Docket No. 68]

The Court is in receipt of Proposed Intervenor Myspace LLC ("Proposed Intervenor")'s *Ex Parte* Application for a Stay of Entry of a Default Judgment Against "Myspace LLC" and for a Briefing Schedule for its Motion to Intervene ("Application"), filed February 16, 2017. Plaintiff Stephen Handy Aguiar ("Plaintiff") opposed the Application on February 17, 2017.

The Court finds that the circumstances do not justify emergency relief, and accordingly, **DENIES** the Application as to the stay of an entry of default judgment. The Court **ISSUES** the following briefing schedule for a motion to intervene to be filed by the Proposed Intervenor:

　　Moving papers to be filed by **March 7, 2017**;
　　Any opposition to be filed by **March 14, 2017**;
　　Any reply to be filed by **March 21, 2017**; and
　　Hearing date set for **April 4, 2017 @ 10:00 a.m.**

IT IS SO ORDERED.