FILED
CLERK, U.S. DISTRICT COURT
May 8, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HANDY AGUIAR,<br><br>Plaintiff],<br><br>v.<br><br>MYSPACE LLC, et al.,<br><br>Defendants. | Case No. 2:14-cv-05520 SJO (PJWx)<br><br>**FINAL JUDGMENT**<br><br>Action Filed: July 16, 2014 |

## FINAL JUDGMENT

Upon review of Plaintiff's Motion for Default Judgment, the accompanying Memorandum of Points and Authorities, and all declarations, papers, and exhibits thereto, and the entire record in this matter, it is hereby ordered and adjudged that Plaintiff Stephen Handy Aguiar ("Plaintiff") shall have **JUDGMENT** in his favor and against defaulting Defendants MySpace LLC and Legacy Vision LLC (collectively, "Defendants"), jointly and severally, as follows:

IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiff is awarded a monetary judgment against Defendants, jointly and severally, in the sum of **$1,000.00** in statutory damages, as provided by 18 U.S.C. § 2707(c).

1  IT IS HEREBY FURTHER ORDERED AND ADJUDGED THAT Plaintiff's attorneys, Brown White & Osborn, LLP, shall recover from Defendants, jointly and severally, **$73,005.50 in fees** and **$61.65 in costs**, as provided by 18 U.S.C. § 2707(b)(3).

IT IS HEREBY FURTHER ORDERED AND ADJUDGED THAT the total amount of this judgment, $74,067.15, shall bear **post-judgment interest** at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of entry of Final Judgment, as provided by 28 U.S.C. § 1961(a).

IT IS SO ORDERED.

Dated:     May 8, 2017

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE